OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

FILE COPY

COA No. 12-13-00181-CR
PD-0145-15

4/22/2015
AGNEW, NICKY CHARUNE  Tr. Ct. No. 007-1194-11
On this day, the Appellant's petition for discretionary review has been refused.
Abel Acosta, Clerk

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *



FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 2 3 2015

TYLER TEXAS
CATHY S. LUSK, CLERK